UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Darlene Jacobi, Individually and as Succession Representative of Charles A. Jacobi v. | * * * | CIVIL ACTION NO. 16-17466 |
| v. | * | SECTION: J |
| Transocean, Ltd., et al. | * * | JUDGE BARBIER |
| | * | MAG. JUDGE WILKINSON |

**J U D G M E N T**

For the reasons stated in the Order & Judgment signed on March 16th, 2018,

IT IS ORDERED, ADJUDGED, AND DECREED that the claims of Plaintiff Darlene Jacobi, individually and as succession representative of Charles A. Jacobi, asserted in this matter are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 16th day of March, 2018.

_____
United States District Judge